*Decisions on Petitions for Writs of Certiorari from January 17, 1916, to June 12, 1916.*

No. 735. ST. LOUIS UNION TRUST COMPANY, PETITIONER, *v.* MARY E. MELLEN ET AL. January 24, 1916. Ordered that the order entered herein on December 20, 1915, denying the petition for writ of certiorari, be vacated and set aside and the petition for writ of certiorari granted. (See 239 U. S. 648.) *Mr. W. F. Wilson* and *Mr. Enoch A. Chase* for the petitioner. *Mr. J. H. Everest* and *Mr. R. M. Campbell* for the respondents.

No. 720. WALDO P. CLEMENT ET AL., PETITIONERS, *v.* D. W. JAMES. January 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John R. Abney* and *Mr. Hollins N. Randolph* for the petitioners. *Mr. Alexander W. Smith, Mr. Theodore A. Hammond, Mr. Victor Lamar Smith* and *Mr. Alexander W. Smith, Jr.,* for the respondent.

No. 768. YEE KONG, PETITIONER, *v.* W. W. SIBRAY, IMMIGRATION INSPECTOR, ET AL. January 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Lowrie C. Barton* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wallace* for the respondents.

